**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTONIO LYNN FLUKER, JR., | No. 4:26-CV-00683 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN FCI SCHUYLKILL, | |
| Respondent. | |

**ORDER**

**AND NOW**, this 18th day of November 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Antonio Lynn Fluker, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge